The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM AINSLEY,<br><br>　　　　　　　Defendant. | NO. 2:22-cr-00141-RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

THIS MATTER comes before the Court upon Defendant William Ainsley's Motion to Seal Exhibits 2 and 3 to the Motion to Extend Self-Surrender Date. Having considered the Motion to Seal, and because of the nature of the information contained in the referenced exhibits, the Court finds good cause to GRANT the Motion (Dkt. 27).

It is hereby ORDERED that Exhibits 2 and 3 to Defendant's Motion to Extend Self-Surrender Date shall remain sealed.

DATED this 18th day of March, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL – 1