The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM AINSLEY,

Defendant.

NO. 2:22-cr-00141-RAJ

ORDER DENYING MOTION TO
EXTEND SELF-SURRENDER DATE

THIS MATTER comes before the Court upon Defendant William Ainsley's Motion to Extend Self-Surrender Date. Having considered the Motion (Dkt. 28), the Government's opposition (Dkt. 31), and the files and pleadings herein,

It is ORDERED that Defendant Ainsley has failed to provide adequate evidence to support his request and his motion is therefore DENIED. He shall report as ordered to serve his custodial sentence.

DATED this 18th day of March, 2026.

Richard A. Jones
The Honorable Richard A. Jones
United States District Judge

ORDER – 1